IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CORNELIUS BROOKS**  **PLAINTIFF**

v.  No. 4:23-cv-971-DPM

**UNITED STATES OF AMERICA**  **DEFENDANT**

ORDER

Brooks has paid the filing fee, *Doc. 1*, initiating this *pro se* Federal Tort Claims Act suit. The Clerk must provide copies of the summonses, the complaint, and this Order to the Marshal, who is directed to serve process by certified mail, restricted delivery, return receipt requested to the following:

- Merrick B. Garland, Attorney General of the United States, Department of Justice, 950 Pennsylvania Ave. N.W., Room 4400, Washington D.C. 20530;

- Johnathan D. Ross, United States Attorney, Eastern District of Arkansas, P.O. Box 1229, Little Rock, Arkansas 72203-1229; and

- Denis Richard McDonough, Secretary of Veteran's Affairs, Department of Veteran's Affairs, 810 Vermont Ave., Washington, DC 20420.

-2-

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 November 2023