# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CORNELIUS BROOKS**                                               **PLAINTIFF**

v.                     **No. 4:23-cv-971-DPM**

**UNITED STATES OF AMERICA**                           **DEFENDANT**

## ORDER

      Brooks's motion to amend his complaint, *Doc. 14*, is granted. Fed. R. Civ. P. 15(a)(2). Brooks must file his amended complaint (including Exhibit 1) by 21 June 2024. There is no need for him to file the May 31st status report. The Court directs the Clerk to add VA Urology as a named defendant. New summons need not issue as the Government has been properly served.

      So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

28 May 2024