IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CORNELIUS BROOKS**                                                   **PLAINTIFF**

v.                               No. 4:23-cv-971-DPM

**UNITED STATES OF AMERICA**                                  **DEFENDANT**

### ORDER

The Court granted Brooks's motion to amend his complaint, *Doc. 15*; however, he has missed the deadline to do so. Brooks is directed to file his amended complaint by 25 July 2024. No further motion to amend is necessary. If he doesn't, the Court will treat the original complaint as controlling.

So Ordered.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 June 2024