# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CORNELIUS BROOKS**  PLAINTIFF

v.  No. 4:23-cv-971-DPM

**UNITED STATES OF AMERICA**  DEFENDANT

## ORDER

Brooks's request that the Court treat the amended complaint attached to his motion as properly filed, *Doc. 17*, is denied. He has not properly filed his amended complaint as directed. *Doc. 16*. The Court will therefore treat the original complaint as controlling.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 August 2024