N THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CORNELIUS BROOKS**                                              **PLAINTIFF**

v.                                    No. 4:23-cv-971-DPM

**UNITED STATES OF AMERICA**                                      **DEFENDANT**

## ORDER

Brooks's motion for contempt, *Doc. 24*, is denied. The subpoenas did not designate the documents sought. Fed. R. Civ. P. 45(a)(1)(A)(iii). Plus, the subpoenas are unnecessary. The discovery cutoff isn't until 9 April 2025. Brooks may discover these documents under Rule 34, which is the normal practice in civil litigation.

Status report, *Doc. 26*, noted. The government's embedded request for an additional week to update the Court on the status of discovery is granted as modified. The parties' joint status report on discovery is due by 28 January 2025.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 January 2025