# N THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CORNELIUS BROOKS**                                                      **PLAINTIFF**

v.                                   No. 4:23-cv-971-DPM

**UNITED STATES OF AMERICA**                                  **DEFENDANT**

### ORDER

Brooks's motion to continue and to compel medical records, *Doc. 28*, is denied. First, there is no hearing on 9 February 2025. The bench trial is set for 9 February 2026 — next year. Second, because Brooks makes claims about his health, the United States, its lawyers, and its experts are entitled to his medical records. Third, the United States' status report, *Doc. 29*, indicates arrangements have been made to provide medical records.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 February 2025