# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CORNELIUS BROOKS**                                                              **PLAINTIFF**

**v.**                              **No. 4:23-cv-971-DPM**

**UNITED STATES OF AMERICA**                                          **DEFENDANT**

## ORDER

The joint request for a settlement conference, *Doc. 31*, is granted. The Court refers the case to Magistrate Judge Patricia S. Harris to conduct the conference .

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 April 2025